Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

FILED'10 APR 16 13:45USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**TRELAUNI L. PRUETT/SCOTHERN**

      Plaintiff,

      v.

**MICHAEL J. ASTRUE**
Commissioner of Social Security,

      Defendant.

CV 08-6272-HA

ORDER FOR EAJA
ATTORNEY FEES

Based upon the stipulation of the parties, the Court orders the Commissioner of

Social Security Administration to pay Equal Access to Justice Award (EAJA) attorney

fees in the amount of $5,334.90 for attorney fees to Plaintiff's attorney to be mailed to

Plaintiff's attorney at PO Box 98, Summertown, TN. 38483.

      It is so ORDERED

Dated this _15_ day of 2010

_____
United States District Judge

Prepared as to form

/s/ Alan Graf_____
Attorney for Plaintiff

ORDER FOR EAJA FEES